# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSE OF CB USA, LLC, a Nevada limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01606-JAM-JDP<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANT HOUSE OF CB USA, LLC**<br><br>The Hon. Jeremy D. Peterson<br><br>Trial Date:         TBD |

WHEREAS, on July 8, 2021, Withers Bergman LLP filed an appearance on behalf of the Defendant House of CB USA, LLC ("Defendant") and has requested that Plaintiff Valerie Brooks ("Plaintiff") consent to set aside the default entered by the Court on December 11, 2020 (Dkt. No. 7);

WHEREAS, Plaintiff has agreed to Defendant's above referenced request;

NOW THEREFORE, the undersigned parties hereby stipulate, and respectfully move the Court to so order, as follow:

1. The Default entered by the Clerk against Defendant on December 11, 2020 be and hereby is vacated and set aside.

/////

/////

2. Defendant shall file its responsive pleading within 20 days.

DATED: July 27, 2021

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| VALERIE BROOKS | HOUSE OF CB USA, LLC |

By: /s/ *Thiago Coehlo*  
    Thiago Coehlo SBN 324715  
    WILSHIRE LAW FIRM  
    3055 Wilshire Blvd., 12th Flr  
    Los Angeles, CA 90010  
    Telephone: (213) 381-9988  
    Facsimile: (213) 381-9989  
    thiago@wilshirelawfirm.com

By: /s/ *Kimberly A. Pallen*  
    Kimberly A. Pallen SBN 288605  
    WITHERS BERGMAN LLP  
    505 Sansome Street, 2nd Floor  
    San Francisco, California 94111  
    Telephone: 415.872.3200  
    Facsimile: 415.549 2480  
    kimberly.pallen@withersworldwide.com

**IT IS SO ORDERED**

Good cause appearing, the default entered against House of CB, LLC is set aside. House of CB, LLC has twenty (20) days to file and serve its answer.

Dated: July 27, 2021

/s/ John A. Mendez  
THE HONORABLE JOHN A. MENDEZ  
UNITED STATES DISTRICT COURT JUDGE