1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>HOUSE OF CB USA, LLC, a Nevada limited liability company; and DOES 1 to 10, inclusive,<br><br>         Defendants. | Case No. 2:20-cv-01606-JAM-JDP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF PARTIES' TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>The Hon. John Mendez<br><br>Complaint Filed:   August 11, 2020<br>Trial Date:          TBD |

Plaintiff VALERIE BROOKS ("Plaintiff") and Defendant HOUSE OF CB USA, LLC ("Defendant") (collectively referred to herein as the "Parties"), through their undersigned counsel of record, hereby respectfully submit the following stipulation to extend the time to file dispositional documents:

WHEREAS, on November 9, 2021, Plaintiff filed a Notice of Settlement. (Dkt. No. 22);

WHEREAS, on November 9, 2021, per the Court's Minute Order, Plaintiff Defendant are ORDERED to file dispositional documents within thirty (30) days in accordance with the provisions of Local Rule 160. (Dkt. No. 23);

WITHERS
BERGMAN LLP

1   WHEREAS, the Parties' date to file dispositional documents is Thursday,

2   December 9, 2021;

3   WHEREAS, on November 19, 2021, Defendant sent Plaintiff an initial draft of

4   the Proposed Settlement Agreement ("Agreement");

5   WHEREAS, on December 6, 2021, Plaintiff sent Defendant a redline of said

6   Agreement;

7   WHEREAS, the Parties are close to finalizing a formal Confidential Settlement

8   Agreement and Release of Claims and require a short period of time to do so;

9   NOW THEREFORE, the undersigned Parties hereby stipulate, and respectfully

10   request the Court to so order, as follow:

11   1.   The Parties' date to file dispositional documents is extended to Monday,

12   January 24, 2022.

13

14   DATED: December 9, 2021

15

16   THE PLAINTIFF                    THE DEFENDANT
     VALERIE BROOKS                   HOUSE OF CB USA, LLC
17

18   By: /s/ Thiago M. Coelho        By: /s/ Kimberly A. Pallen

19   Thiago M. Coelho SBN 324715     Kimberly A. Pallen SBN 288605
     WILSHIRE LAW FIRM               WITHERS BERGMAN LLP
20   3055 Wilshire Blvd., 12th Floor  505 Sansome Street, 2nd Floor
     Los Angeles, CA 90010           San Francisco, California 94111
21   Telephone: (213) 381-9988       Telephone: 415.872.3200
     Facsimile: (213) 381-9989       Facsimile: 415.549 2480
22   thiago@wilshirelawfirm.com      kimberly.pallen@withersworldwide.com

23

24

25

26

27

28

WITHERS
BERGMAN LLP

2

**IT IS SO ORDERED**

Good cause appearing, the parties time to file its dispositional documents has been extended to January 24, 2022.

December 10, 2021                    /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE