1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSE OF CB USA, LLC, a Nevada limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01606-JAM-JDP<br><br>**ORDER GRANTING EXTENSION OF PARTIES' TIME TO FILE DISPOSITIONAL DOCUMENTS** |

## ORDER

For good cause shown and based upon the stipulation of Plaintiff, Valerie Brooks, ("Plaintiff") and Defendant, House of CB USA, LLC ("Defendant"), through their undersigned counsel, IT IS HEREBY ORDERED THAT:

1) The parties time to file its dispositional documents has been extended to February 28, 2022.

**IT IS SO ORDERED.**

DATED: January 24, 2022        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE

1
ORDER