Deborah Greaves (SBN 186454)
deborah.greaves@withersworldwide.com
Kimberly A. Pallen (SBN 288605)
kimberly.pallen@withersworldwide.com
**Withers Bergman LLP**
505 Sansome Street, 2nd Floor
San Francisco, California 94111
Telephone:  415.872.3200
Facsimile:   415.549 2480

Attorneys for House of CB USA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOUSE OF CB USA, LLC, a Nevada limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:20-cv-01606-JAM-JDP<br><br>**JOINT STIPULATION AND VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. John Mendez |

Plaintiff VALERIE BROOKS, an individual, ("Plaintiff"), and Defendant HOUSE OF CB USA, LLC, a Nevada limited liability company ("Defendant"), (Plaintiff and Defendant collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), hereby jointly stipulate and agree to dismiss with prejudice Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action.

The Parties shall bear their own costs and fees in this matter.

///
///
///
///

**IT IS SO STIPULATED.**

DATED:  February 28, 2022                    **WILSHIRE LAW FIRM**

By:  _____/s/ Thiago M. Coelho_____
     Thiago M. Coelho, Esq.
     Attorneys for Plaintiff VALERIE
     BROOKS, an individual

DATED:  February 28, 2022                    **WITHERS BERGMAN LLP**

By:  _____/s/ Kimberly Pallen_____
     Deborah Greaves
     Kimberly Pallen
     Attorneys for Defendant HOUSE OF CB
     USA, LLC, a Nevada limited liability
     company

**IT IS SO ORDERED.**

DATED:  March 1, 2022                        _____/s/ John A. Mendez_____
     THE HONORABLE JOHN A. MENDEZ
     UNITED STATES DISTRICT COURT JUDGE